No. —. October Term, 1944. NOBLE ET AL. *v.* BOTKIN. November 13, 1945. The motion for leave to file a second petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. 325 U. S. 893.

No. 236. PYLE *v.* AMRINE, WARDEN. November 13, 1945.

No. 68. THOMPSON *v.* UNITED STATES;
No. 141. JOHNSON ET AL. *v.* MEAGHER COUNTY ET AL.;
No. 154. CRYNE *v.* UNITED STATES;
No. 215. DEATON TRUCK LINE, INC. *v.* UNITED STATES ET AL.; and
No. 230. SAMUEL H. MOSS, INC. *v.* FEDERAL TRADE COMMISSION. November 13, 1945. MR. JUSTICE BURTON took no part in the consideration or decision of these applications.

No. 41, Misc. COYLE *v.* CALIFORNIA. November 19, 1945.

No. 439. FLETCHER ET AL., TRUSTEES, *v.* CLARK, COLLECTOR OF INTERNAL REVENUE. November 19, 1945.

No. 355. SCARBOROUGH *v.* PENNSYLVANIA RAILROAD CO. November 19, 1945.

Nos. 20 and 21, Misc. LOBER ET AL. *v.* MORGAN, LEWIS & BOCKIUS ET AL. November 19, 1945. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.